UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES, | CASE NO. 1:20-cr-00329-1 |
| Plaintiff, | ORDER |
| | [Resolving Doc. 78] |
| v. | |
| EDWARD D. MARSHALL, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In this criminal case, Defendant Edward Marshall moved for a sentence reduction under U.S. Sentencing Guidelines Amendment 821 and 18 U.S.C. § 3582(c)(2). Specifically, Marshall asked the Court to reduce his sentence from 72 months to 60 months.[1]

The Court granted Marshall's motion and reduced Marshall's sentence to 60 months.[2] Doing so reduced Marshall's sentence to less than time served.[3] However, sentences cannot be reduced to less than time served when the sentence reduction is based on a retroactive Sentencing Guidelines amendment.[4]

Therefore, Marshall asks the Court to amend his sentence reduction to time served.[5] The Court **GRANTS** Marshall's request and amends Marshall's sentence reduction to **TIME SERVED**.

---

[1] Doc. 68 at 2.
[2] Doc. 77.
[3] *See* Doc. 78 at 1; Doc. 78-1.
[4] U.S.S.G. §1B1.10(b)(2)(C).
[5] Doc. 78.

Case No. 1:20-cr-00329-1
GWIN, J.

IT IS SO ORDERED.

Dated: February 22, 2024    *s/    James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE